UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          Bankruptcy No.: 18-14788-mdc
   SIMS A RENWICK, JR
                Debtor           Chapter 13

ARDENT FEDERAL CREDIT UNION
1500 Spring Garden St, Ste 500
Philadelphia, PA 19130

        Movant

vs.

SIMS A. RENWICK, JR
845 N 47th Street
Philadelphia, PA 19139
     and
William C. Miller, Esquire
Trustee
P.O. Box 1229
Philadelphia, PA 19105
     and
Office of U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

       Respondents

**STIPULATION**

Robert J. Wilson, Esquire, counsel for Movant, and Brad J. Sadek, Esquire, counsel for Debtor, each having express authority to enter into this Stipulation, hereby stipulate and agree, as follows:

1. Creditor Movant Ardent Federal Credit Union ("Ardent") made an automobile loan to Debtor for the purchase of a 2010 Mercedes Benz C300, VIN WDDGF8BB2AR112330 ("Vehicle").

2. Ardent has filed a Motion for Relief from the Stay in this action to proceed with State Court remedies including, but not limited to, repossession and sale of the Vehicle.

3. Debtor has no objection to Creditor Ardent being granted relief from the automatic stay in order to proceed with State Court remedies including, but not limited, to repossession and sale of the Vehicle.

ROBERT J. WILSON, ESQUIRE

BRAD J. SADEK, ESQUIRE